

**ORDERED in the Southern District of Florida on January 26, 2018.**

*[signature]*

**Erik P. Kimball, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In re:                                                                                   Case No. 17-23467-EPK

**JOHN ANDRE SMITH,**                                             Chapter 13

      Debtor.
_____/

**ORDER GRANTING MOTION TO DISMISS BANKRUPTCY CASE**

This matter came before the Court for hearing on January 24, 2018 upon the *Expedited Motion to Dismiss Without Prejudice* [ECF No. 24] (the "Motion") filed by John Andre Smith (the "Debtor"). For the reasons stated on the record at the hearing, the Court ORDERS as follows:

1.    The Motion [ECF No. 24] is GRANTED as provided herein.

2.    This chapter 13 bankruptcy case is hereby DISMISSED without prejudice.

3.    Any funds remaining in the possession of the Trustee, either in a pre-confirmation or post-confirmation account, shall be utilized by the Trustee to be applied to the payment of any outstanding filing fees or other costs due to the Clerk of Court with respect to the subject Chapter 13 proceeding. The

      Trustee is authorized to disburse such funds, less all applicable Trustee's fees and costs on each such disbursement. If the Trustee does not have sufficient funds available to pay the balance due in full on behalf of the Debtor, the Debtor shall forthwith pay directly to the Clerk of the U.S. Bankruptcy Court any amount due and owing on said filing fees or other costs, as required by Local Rule 1017-2(E).

4.     Any pending motions are DENIED as moot.

###

Copies furnished to:

Joel M. Aresty, Esq.

*Joel M. Aresty, Esq. is directed to serve a conformed copy of this Order on all parties in interest and file a certificate of service with the Court.*